# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES D. EVERSOLE,<br><br>                    Plaintiff,<br><br>    vs.<br><br>CITY OF VALLEJO, et al.,<br><br>                    Defendants.<br>_____/ | CASE NO. CV F 08-0285 LJO DLB<br><br>**ORDER TO TRANSFER ACTION TO COURT'S SACRAMENTO DIVISION** |

Review of the record reflects that this action was inadvertently filed in this Court's Fresno Division although this Court's Sacramento Division is the proper venue. As such this Court:

1. TRANSFERS this action to this Court's Sacramento Division;
2. DIRECTS the clerk to take necessary action to transfer this action to this Court's Sacramento Division; and
3. VACATES all pending dates before this Court's Fresno Division.

IT IS SO ORDERED.

**Dated:   March 11, 2008**          /s/ Lawrence J. O'Neill
                                                UNITED STATES DISTRICT JUDGE